Robert L. SKAGGS, Appellant,

v.

STATE of Missouri, Respondent.

No. 74708.

Missouri Court of Appeals,
Eastern District,
Division Five.

July 6, 1999.

Irene Karns, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., C.J., JAMES A. PUDLOWSKI, J. and KENT E. KAROHL, J.

ORDER

PER CURIAM.

Movant Robert Skaggs appeals from the judgment denying his Rule 24.035 motion for post-conviction relief after a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the

trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).